UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOT B. LETOURNEAU,<br><br>Defendant | CRIMINAL NO. 15cr10156<br><br>VIOLATIONS:<br><br>Count 1<br>18 U.S.C. § 2252A(a)(2)(A)<br>Distribution of Child Pornography<br><br>Count 2<br>18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography<br><br>18 U.S.C. § 2253<br>Criminal Forfeiture Allegation |

## INDICTMENT

COUNT ONE:   (18 U.S.C. § 2252A(a)(2)(A)—Distribution of Child Pornography)

The Grand Jury charges that:

Between on or about December 19, 2014 and May 21, 2015, within the District of Massachusetts and elsewhere,

SCOT B. LETOURNEAU,

defendant herein, did knowingly distribute, child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped and transported in and affected interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

**COUNT TWO**:    (18 U.S.C. § 2252A(a)(5)(B)—Possession of Child Pornography)

The Grand Jury further charges that:

Between on or about December 19, 2014 and May 21, 2015, within the District of Massachusetts and elsewhere,

**SCOT B. LETOURNEAU,**

defendant herein, did knowingly possess material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 18 years of age, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

2. Upon conviction of any of the offenses set forth in Counts One and Two of this Indictment,

**SCOT B. LETOURNEAU,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, items seized by law enforcement on May 21, 2015, from the defendant's residence in Quincy, Massachusetts.

3. If any of the property described in Paragraph 2 above, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of this Court;

   d. has been substantially diminished in value; or

2

    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 2 above.

  All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
Foreperson of the Grand Jury

_____
Seth B. Orkand
Assistant U.S. Attorney

District of Massachusetts; June 18, 2015.


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

1:06 pm

6-18-15

2