# Memorandum

To: Honorable Donald C. Cabell, U.S. Magistrate Judge

From: Judith Oxford

CC: Suzanne Sullivan

Date: November 3, 2015

Re: Letourneau, Scot, 15-cr-10156-DJC-1

---

This memorandum is to advise the Court that Mr. Letourneau has absconded from his home and house arrest and whereabouts are unknown. On November 3, 2015, at 7:20 am, Probation received notice from the District of Maine, the supervising district, that at 5:35 am, they received an alert of a strap tamper. The probation officer contacted Mr. Letourneau's sister and third party custodian who advised that her brother left a note and stated that he "couldn't take it anymore and that he was leaving". Mr. Letourneau's sister has no knowledge of his whereabouts.

Probation requests permission to activate the warrant in abeyance for violation of pretrial release conditions.

**THE COURT ORDERS**

☐ No Action

☐ The Issuance of a Warrant

________________________
Signature of Judicial Officer

________________________
Date