Debra Daigle

███████████

Date: February 02/05/2018

Honorable Denise J Casper
United State District Court
District of Massachusetts
One Courthouse Way
Boston, MA

Re: Sentencing of Scot Letourneau

Dear Judge Casper:

   Hello, I am Scot's sister; I have been married for 38 years and have 2 grown children along with 4 grandchildren. I have been working in the same medical office for the past 18 years and am now the office coordinator. We come from a large family of 10, which includes our parents with Scot being the youngest. I am fully aware of his charges and have been very supportive of Scot. I have been visiting him at least once a month (would be more but for the distance) and we talk weekly.

   My brother Scot has got to be the most conscientious person that I know. On the day that Scot was arrested and he had that one phone call to make, he did not call his partner or any family members or friends. What he did was call in to his work to let them know that he would not be in that day. They were working on a big project which he was in charge of. I was pretty amazed when he told me that but not really surprised. He has always been helpful, if any family or friends needed help with moving or just fixing anything Scot would be there. He can fix anything such a household items or mechanical, very talented in that respect.

 Over the years my brother has put himself through college earning a degree in Environmental Science. He supported himself by doing odd jobs such as working in restaurants until he graduated and was able to get a full time job in his field. He was employed for Environmental health & Engineering CO. as a staff scientist and project manager and was very much respected in his profession.

My brother has such deep regret and embarrassment with the choices that he has made. He has lost everything that he has worked so hard to earn. I wish our family and I would have been more aware of his depression and anxiety at that time, I would like to think that the outcome may have been different. I am respectfully asking the Court to accept the sentencing that was jointly recommended by both sides. Scot is ready to take responsibility for his action and his family and I will be here for him once his sentence is completed to help and support him.

Sincerely,

*Debra L. Daigle*
Debra L Daigle

Doris Bourget

Honorable Denise J Casper
United States District Court
District of Massachusetts
One Court House Way
Boston, MA

Re: Sentencing Of Scot Letourneau:

Dear Judge Casper:

   I am Scots older Sister, and I am writing to you today to respectfully ask that you accept the agreement that was made between the prosecutor and Scots lawyer, Mr. Bailey. I have been married for 40 years and also have worked in the family business, ABC Pool and Spa, for also over 40 years. I currently retired.

   I have always been Involved in Scot life, when he was a child and as an adult. When he moved to Boston to continue his education, I would visit him and when he would come to Maine he would stay with my husband and I. Scot has always been very helpful, when we were building our house, if time allowed he would come and help us.

   This has been a difficult time for Scot and of course for our family. He has such regret for his actions and also embarrassment. This is just one part of him though, He has worked hard to earn his degree in Environmental Health, he made a good living and had a good home with his partner and his dog, Ricci. Scot has a great sense of humor and very sensitives to other people needs; he really is a good person. The sad part is that he has lost everything, his job, his partner and also his home.

   I have been supportive of Scot by visiting him with my other siblings, we have also communicated by phone. He knows what he is facing will be difficult; I just hope and pray that he will be safe.

Sincerely,

*Doris Bourget*

Doris Bourget
02/12/2018

2-6-2018

Dean Judge Casper

Our Son Scot was # 8 in the family. As a child he did not give us any problem. He went do Holy cross school. & than to Lewiston, Me. high school., While he was there he played Hockey & he was one of the best player on the team.

He wanted to go to college, but we could not afford it. So he move to Boston, and found work in a restaurant & he payed his own way to Northern Uibersity. A few years later he went to Harvard and he graduated with high honors. He did two bad thing in his Life. I think I think all the good that he did should Helph him.

Clarence Letourneau 86 yr old
Irene Letourneau 86 " "

Letter on behalf of Scot Letourneau

2-12-18

Dear Judge Casper

As were being raised in a family of 7 my brother Scot was always a compassionate and caring brother that always loved being with his older siblings. Whenever we (his older brothers) would do mechanical work on cars he always liked to watch and learn as much as possible and really enjoyed being around us. Later on when he got older I was always impressed with his ability to work on motorcycles + cars. and rebuild them.

I was diagnosed with cancer a while back and when he found out he was more concerned with my wellbeing than his current situation. we all miss him terribly.

Please accept the sentence agreed by both legal parties.

Thank you,
Andrew Letourneau

February 20, 2018

Honorable Denise J. Casper
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA  02210

Dear Judge Casper:

I have known Scot Letourneau since the summer of 2006. He has always been stable and widely popular as someone with a strong work ethic as well as being a loving and accepting person. He has always been an asset to the community and to his family and large circle of friends. I respectfully ask that the court impose the sentence as agreed to by both parties in this case.

Please do not hesitate to contact me if I can provide any further details at █████████.

Sincerely,

Bernard J. Buelow