## VICTIM IMPACT STATEMENT FROM THE MOTHER OF JOHN DOES III, IV, AND V

I am the adoptive mother of three boys, John Does III, IV, and V, who were victims of sexual abuse and child pornography. John Doe III is currently 19 years old. John Does IV and V are twins and are currently 17 years old.

This horrible nightmare began when the boys were young. In 2002, the boys were only 6 and 4 when they were removed from their biological parents due to abuse and neglect and placed elsewhere. In September of 2003, the boys were placed with a man, "Stu", who ended up abusing them. This placement is where our family's true nightmares began.

While under Stu's care, all three boys were sexually assaulted and exploited by this deviant. He began sexually assaulting the boys shortly after their arrival. He would remove the boys from their beds, carry them into his bed, and molest them throughout the night. Sometimes he would rape them in their own beds. This house was not a home; it was a house of horrors.

Along with my boys, there were several other boys in and out of Stu's house. Stu took nearly 800 graphic sexual photographic images of the boys and shared these disgusting images throughout the internet with other perverts. These pictures depicted a wide range of sexual activities including photographs of the boys being sexually molested by Stu and the boys in sexual activities with one another. These images included oral sex, anal sex, masturbation, urination, sexual pleasure from feces, and even brother with brother. The children were small, and the man was big – the photos are shocking and horrific. Every single one of these photographs invokes a memory of what should never have been, permanent reminders of perverted sexual victimization.

These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again. Unfortunately, I was wrong.

Every time a deranged pervert posts and reposts these graphic images of my sons, our nightmare occurs again and again. For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped. Every time that another pervert gets caught with my sons' images, the nightmare occurs all over again, and again, and again. Unfortunately, with this, the healing process will never be complete.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud. This nightmare could end if these perverts were to stop sharing these photographs but they do not. Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification. The more these photographs are disseminated throughout the internet, the greater the chance that my sons' friends and acquaintances could find out about their abuse, victimizing my sons over and over again. I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography. What message do we send by not punishing these perverted voyeurs if we do not give them the maximum penalty that the law allows? That it is acceptable in our society to continue to spread explicit photographs of children being raped and exploited? At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible network of child pornography.

In days gone by, photographs such as these would be destroyed, burned into ash. My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by his vile sickness of human spirit. A victimless crime? Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from the child rapes themselves. My entire family is a victim of this child pornography. Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment. I am likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of my kids. Every time our family learns of another case our hearts sink once more. Will the torment ever end?

Sincerely,

The mother of John Doe's III, IV, and V